1  PRECILIANO MARTINEZ
   ATTORNEY AT LAW
2  State Bar No. 93253
   801 15th St, Suite F
3  Modesto, CA 95354
   (209)579-2206/ (209)579-2211 Fax
4

5  Attorney for Defendant
   RAMIRO TRUJILLO
6

7
               IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )   NO. 1:08-CR-00112-AWI
11                                  )
              Plaintiff,            )   STIPULATION AND ORDER
12                                  )   VACATING DATE, AND
         v.                         )   CONTINUING CASE
13                                  )
   RAMIRO TRUJILLO,                 )   DATE:   January 12, 2009
14                                  )   TIME:   9:00 a.m.
              Defendant.            )   DEPT:   2
15 _____)

16

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Kimberly Sanchez, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant

19 Ramiro Trujillo, that the Status Conference date scheduled for January 12, 2009, be vacated and

20 the status conference be continued to this court's calendar on January 26, 2009 at 9:00 a.m. This

21 continuance is requested due to the fact that Mr. Preciliano Martinez will be commencing a Trial

22 on January 12th (People v. Luis Penaloza, Case No.: 1088427) and the trial is scheduled to go for

23 the next two weeks.

24 ///

25 ///

26 ///

27 ///

28 ///

The court is advised that counsel have conferred about this request, that they have agreed to January 26, 2009 date and that Ms. Sanchez has authorized Preciliano Martinez to sign this stipulation on her behalf.

**IT IS SO STIPULATED**

DATED: January 8, 2009                  /s/ Preciliano Martinez
                                        PRECILIANO MARTINEZ
                                        Attorney for Defendant
                                        Ramiro Trujillo

Dated: January 8, 2009                  /s/Kimberly Sanchez
                                        KIMBERLY SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   January 9, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE