1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM, SUITE 408
   FRESNO, CALIFORNIA 93704
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR RAMIRO TRUJILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00112 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING HEARING, |
| vs. | ) | AND ORDER THEREON |
| RAMIRO TRUJILLO, | ) | DATE: September 12, 2011 |
|  | ) | TIME: 9:00 AM |
| Defendant. | ) | DEPT: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the sentencing hearing presently scheduled before the Hon Anthony W. Ishii for September 12, 2011 at the hour of 9:00 AM be continued to October 11, 2011 at 9:00 AM.

IT IS FURTHER STIPULATED as follows:

The report shall be available to defense counsel by September 5, 2011;

Objections to the report shall be due to Probation and the AUSA by September 19, 2011; and

Objections shall be filed with the court and served on the Probation Office and AUSA by September 30, 2011.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period

of time set forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161 (h)(7)(B)(iv), and availability of counsel.

Dated: July 25, 2011.   .   BENJAMIN B. WAGNER, United States Attorney

By: /s/  Kathleen A. Servatius
KATHLEEN A. SERVATIUS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated: July 25, 2011.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant TRUJILLO

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and availability of counsel.

IT IS SO ORDERED.

Dated:   July 26, 2011

CHIEF UNITED STATES DISTRICT JUDGE